### HEPP v STATE

Ohio Appeals, 5th Dist, Stark Co

Decided Oct 18, 1933

Donald W. Seiple, Canton, for plaintiff in error.

George N. Graham, Prosecuting Attorney, Canton, for defendant in error.

For full opinion see 39 OLR 439; 188 NE 664; 46 Oh Ap 360.